**No. 59324.**—Ignaz Strauss & Co., Inc. *v.* United States, protests 256292–K and 258023–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of hot plate mats the same in all material respects as those the subject of Abstract 57261, the claim of the plaintiff was sustained.